

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
PLACE 6 (VACANT)
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 5, 2015

Mary Ann Castro
1501 Olive
Jourdanton, TX 78026

Sarah Lishman
Jamie Graham & Associates, PLLC
Tower Life Building
3110 S. St. Mary's, Suite 845
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jamie Lynn Heggy Graham
Law Offices of Jamie L. Graham
Tower Life Building
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Joseph Appelt Jr.
Joseph P Appelt PC
5825 Callaghan Rd Ste 104
San Antonio, TX 78228-1106
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    04-14-00785-CV
        Trial Court Case Number:    2011-CI-15957
        Style:  Mary Ann Castro
                v.
                Manuel Castro

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Luz Estrada
Deputy Clerk, Ext. 3219



# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellant, who is pro se, filed a "Motion for Appeal for the Final Agreement for Divorce . . . Motion to Modify Agreement" and a "Notice of Appeal." In these documents, appellant seems to be requesting the right to appeal and seeking ultimate relief. We find there is no need for appellant to move for the right to appeal because a notice of appeal has already been filed and the appellate process has begun. Accordingly, we **DENY** the "Motion for Appeal" and "Notice of Appeal" as **MOOT**. As to the "Motion to Modify Agreement," the statements in this document seem to be the issues appellant intends to raise on appeal. These issues are more properly raised in an appellate brief that appellant will need to file in this court, in accordance with Rule 38.1 of the Texas Rules of Appellate Procedure, after the appellate record has been filed. We therefore **DENY** the "Motion to Modify Agreement." We advise appellant that even though she is pro se, she is bound by the Texas Rules of Appellate Procedure with regard to any documents filed in this court. This includes the need to serve copies of documents filed in this court on the appellee. We advise appellant to consult the Texas Rules of Appellate Procedure, including, but not limited to, Rules 9.2, 9.4, 9.5, 10.1, and 38.1. *See* Tex. R. App. P. 9.4, 9.5, 10.1, and 38.1.

We **order** the clerk of this court to serve a copy of this order on appellant, appellee, and all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

Keith E. Hottle
Clerk of Court



# COURT OF APPEALS

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**STATE PENALTY**
**FOR PRIVATE USE**



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁰
02 1P
0003179973    JAN 06 2015
MAILED FROM ZIP CODE 78205

Mary Ann Castro
1501 Olive
Jourdanton, TX 78026
* DELIVERED VIA E-MAIL & POSTAL *

NIXIE        782    FE 1009        0001/08/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7820530799        *0210-03494-06-40